UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION (straddler plaintiffs)

21 MC 103 (AKH)

# RETURN OF SERVICE

DATE 08/02/07

Service of the Summons and Complaints[1] was made by me[2]

NAME OF SERVER (PRINT) Charles Thompson

TITLE Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

Orin Ketyer
Buro-Happold Consulting Engineers PC.
100 Broadway
23rd Floor
New York, NY 10005-

Katiria Crespo

For the following Defendant(s):

BURO HAPPOLD CONSULTING ENGINEERS, P.C.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 08/02/07
Date

Signature of Server

115 Broadway
Address of Server

---

[1] See attached rider
[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure





Betsy Barranco
BETSY BARRANCO
Notary Public, State of New York
No. 01BA6043158
Qualified in Richmond County
Commission Expires June 12, 2010



# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9736 | Stephen Addeo (and Wife, Carol Addeo) | 06cv9963 | 5/25/2007 |
| 8032 | Anthony Amabile, Jr. | 06cv12704 | 5/25/2007 |
| 4684 | Michael Arendt (and Wife, Kathy L Arendt) | 06cv10980 | 5/25/2007 |
| 8890 | Daniel Arrigo (and Wife, Bridget Arrigo) | 07CV05402 | 5/25/2007 |
| 13995 | Sebastiano Basile (and Wife, Nancy A Basile) | 06cv14488 | 5/25/2007 |
| 7471 | Johnathan Buckley | 06cv1654 | 5/25/2007 |
| 1302 | Kenny Bugge (and Wife, Donna Bugge) | 06cv1099 | 5/25/2007 |
| 9151 | Collin Calder (and Wife, Winsome Calder) | 06cv6758 | 5/25/2007 |
| 13466 | William Cantres (and Wife, susan cantres) | 06cv13821 | 5/25/2007 |
| 7339 | Michael Carlisi (and Wife, Tara Carlisi) | 06cv2819 | 5/25/2007 |
| 4325 | Vielka Chambers | 05cv10386 | 5/25/2007 |
| 11696 | Michael Charles | 06cv11546 | 5/25/2007 |
| 14391 | Camille Chiarantano, as Administratrix of Joseph Chiarantano | 07CV05403 | 5/25/2007 |
| 9889 | Nick Chiarello (and Wife, Geraldino C Chiarello) | 06cv12720 | 5/25/2007 |
| 14461 | Faisal Choudhury (and Wife, Rahat Choudhury) | 07CV05404 | 5/25/2007 |
| 8098 | William Chun (and Wife, Heather Chun) | 06cv11989 | 5/25/2007 |
| 6553 | Rocco Citeno (and Wife, Elizabeth Citeno) | 06cv0060 | 5/25/2007 |
| 9803 | Felice Colella | 06CV12000 | 5/25/2007 |
| 4125 | Joseph Colombo (and Wife, Lori Colombo) | 07CV04177 | 5/25/2007 |
| 9473 | David Contessa (and Wife, Laurie Contessa) | 06cv8751 | 5/25/2007 |
| 6879 | David Cornier | 07CV05406 | 5/25/2007 |
| 8355 | Howard Corr (and Wife, Marianne Corr) | 06CV8360 | 5/25/2007 |
| 9589 | Manuel Cosme | 06CV12006 | 6/6/2007 |
| 2846 | Patrick D'Alliegro | 05CV3694 | 5/25/2007 |
| 4281 | Michael Damato (and Wife, Josehine Damato) | 05CV1253 | 5/25/2007 |
| 3564 | Steven Daquila (and Wife, Grace Daquila) | 06cv8756 | 5/25/2007 |
| 7340 | Robert Darin (and Wife, Grace Darin) | 05CV8497 | 5/25/2007 |
| 4530 | Peter DeAngelis (and Wife, Denise DeAngelis) | 05cv04227 | 5/25/2007 |
| 7258 | Mark Demauro (and Wife, Gina Demauro) | 05CV4335 | 5/25/2007 |
| 7184 | Michael Devito (and Wife, Ninfa Devito) | 05CV1517 | 5/25/2007 |
| 12172 | Fernando Dias (and Wife, Sandra Dias) | 06CV8223 | 5/25/2007 |
| 12515 | Anthony Dimino (and Wife, Joan Dimino) | 06cv12736 | 5/25/2007 |
| 3546 | Leo DiRubbo (and Wife, Angela DiRubbo) | 06CV7396 | 5/25/2007 |
| 6678 | Patrick Dolan | 06CV7398 | 5/25/2007 |
| 8908 | Frank Dolce (and Wife, Jayne C Dolce) | 07cv1491 | 5/25/2007 |
| 14466 | Joseph Douso (and Wife, Jill E Douso) | 07CV05407 | 5/25/2007 |
| 8202 | Carl Dyer (and Wife, Paulette Dyer) | 06cv8764 | 5/25/2007 |
| 15473 | Robert Fairweather | 07CV05408 | 5/25/2007 |
| 12201 | Frank Felicetti (and Wife, Jill M Felicetti) | 07CV04244 | 5/25/2007 |
| 4403 | Aldo Feliciano (and Wife, Amy Feliciano) | 06cv11663 | 5/25/2007 |

Group:    Out    In: 

Rider 

# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 1277 | Joseph Fiumano | 06CV12065 | 5/25/2007 |
| 14779 | Donald Foley (and Wife, Kelly Ann Foley) | 07cv657 | 5/25/2007 |
| 10270 | Patricia Fox | 06cv12748 | 5/25/2007 |
| 12627 | Gregg Friedenberg-Gerson | 06cv14665 | 5/31/2007 |
| 3961 | Cori Gallo (and Wife, Magdalena Gallo) | 06cv11810 | 5/25/2007 |
| 12907 | Robert Glancy Jr | 06cv14689 | 5/25/2007 |
| 15289 | John E Greaney (and Wife, Andrea Greaney) | 07cv5410 | 5/25/2007 |
| 7790 | Chris Greco | 06cv12752 | 5/25/2007 |
| 6742 | Peter Gunn (and Wife, Lisa Gunn) | 06CV7434 | 5/25/2007 |
| 14573 | David Guszick | 07CV05411 | 5/25/2007 |
| 15027 | Felix E Guzman | 07CV05412 | 5/25/2007 |
| 4475 | Roger Haughton (and Husband, melissa Haughton) | 05cv10390 | 5/25/2007 |
| 8921 | Jeffrey Hayduk | 06cv5839 | 5/25/2007 |
| 14591 | Christopher Hinckson (and Wife, Sharon Hinckson) | 07CV05413 | 5/25/2007 |
| 7915 | David Hobbs (and Wife, Nawanna Hobbs) | 07CV05414 | 5/25/2007 |
| 9170 | Philip Jude (and Wife, Dianne Jude) | 06CV7450 | 5/25/2007 |
| 14215 | Yasha Khaimov (and Wife, Seviay Khaimov) | 06cv14771 | 5/25/2007 |
| 14491 | Joel Klein (and Wife, Barbara Klein) | 07CV1640 | 5/25/2007 |
| 3959 | Michael Labate (and Wife, Cheryl Labate) | 06CV8441 | 5/25/2007 |
| 4183 | Troy Lagner (and Wife, kate molloy) | 06cv12770 | 5/25/2007 |
| 10789 | Karl B Lanfrit (and Wife, Christina Lanfrit) | 06CV7919 | 5/25/2007 |
| 7724 | Fabio Lecoche (and Wife, Jacqueline Le Coche) | 07CV05415 | 5/25/2007 |
| 3876 | Horacio Ledesma | 06cv10044 | 5/25/2007 |
| 8935 | David Lerich | 06cv12771 | 5/25/2007 |
| 10407 | Thomas LoBasso | 06 cv 4735 | 5/25/2007 |
| 14643 | Antonio Lopez (and Wife, Maria E Sanchez-Lopez) | 07CV05436 | 5/31/2007 |
| 14907 | Thomas Maher | 07CV05416 | 5/25/2007 |
| 12254 | Felix Maldonado (and Wife, Cristina Santos) | 06cv14825 | 5/31/2007 |
| 8478 | Donna Marshall | 07CV05417 | 5/25/2007 |
| 7002 | Richard Martin | 06cv8037 | 5/25/2007 |
| 7165 | Kevin Martz (and Wife, Stephanie Martz) | 05cv1650 | 5/25/2007 |
| 7693 | Michael McPartland (and Wife, Lori McPartland) | 05CV1181 | 5/25/2007 |
| 6456 | Damon Michalopoulos (and Wife, Frances Michalopoulos) | 06CV7495 | 5/25/2007 |
| 4511 | Richard Miranda (and Wife, Noelia Miranda) | 05cv10750 | 5/25/2007 |
| 7772 | Hamilton Montero | 06cv12791 | 5/25/2007 |
| 15298 | Michael G Murphy (and Wife, Elizabeth Murphy) | 07cv5418 | 5/25/2007 |
| 12980 | William Noesges (and Wife, Denise Noesges) | 06cv14925 | 5/25/2007 |
| 7251 | Joseph Nolan (and Wife, Lana Nolan) | 05CV1213 | 5/25/2007 |
| 14042 | David Nussbaum (and Wife, Freida Nussbaum) | 07CV05419 | 5/25/2007 |
| 8879 | Emil Onzo | 06CV10624 | 5/31/2007 |

Group:     Out     In: 



# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 10881 | Daisy Ortiz (and Wife, Edwin Ortiz) | 07CV05420 | 5/25/2007 |
| 7271 | Michael Pallotto (and Wife, Lisa Polloto) | 07CV05421 | 5/25/2007 |
| 4335 | Frank Pasqua (and Wife, Rosemary Pasqua) | 07CV05437 | 5/31/2007 |
| 10189 | Michael Paternostro (and Wife, Linda Paternostro) | 06CV10669 | 5/31/2007 |
| 4592 | LaDerrick Perry | 06cv8970 | 5/25/2007 |
| 6739 | David Pope | 05cv1078 | 5/25/2007 |
| 12099 | James Ragnetti | 06cv11247 | 5/25/2007 |
| 2606 | Michael Ramirez (and Wife, Dianne D Jackson) | 07CV05422 | 5/25/2007 |
| 2204 | Abdel Rasheed | 06cv9188 | 5/25/2007 |
| 13279 | Andrew Rehorn (and Wife, Kathryn Alexis-Rehorn) | 06cv14084 | 5/25/2007 |
| 4680 | Roland Renaudin | 07CV05423 | 5/25/2007 |
| 7193 | Keith Richards | 05CV4215 | 5/25/2007 |
| 13126 | Eric Rieger (and Wife, Laura Rieger) | 06cv15003 | 5/25/2007 |
| 14990 | William Rodriguez (and Wife, Yasnahia Rodriguez) | 07CV05424 | 5/25/2007 |
| 13114 | Richard Ross (and Wife, Ann Ross) | 06cv15022 | 5/25/2007 |
| 1281 | Anthony Rotondi (and Wife, Nicoletta Rotondi) | 05CV1755 | 5/25/2007 |
| 14605 | Anthony Rudder | 07CV1698 | 5/31/2007 |
| 1311 | Eddie Ruggiero (and Wife, Gina Ruggiero) | 06cv12813 | 5/25/2007 |
| 8752 | Donald Sadowy (and Wife, Kathleen Sadowy) | 06cv7254 | 5/25/2007 |
| 4080 | Antonio Sarra (and Wife, Antoinette Sarra) | 06cv12816 | 5/25/2007 |
| 4614 | Robert Schmidt (and Wife, Eileen Schmidt) | 06cv10878 | 5/25/2007 |
| 14274 | Steven Schuler (and Wife, Patricia Schuler) | 07CV05425 | 5/25/2007 |
| 13674 | Michaelene Schultz | 06CV1702 | 5/25/2007 |
| 10186 | Maria Segaline | 07CV05426 | 5/25/2007 |
| 14395 | James Seiferheld (and Wife, Fran Seiferheld) | 07CV05427 | 5/25/2007 |
| 6940 | Stanislav Shalomov (and Wife, Vera Shalomov) | 05cv1739 | 5/25/2007 |
| 6947 | Vladimir Shalomov (and Wife, Irena Shalomov) | 06CV7546 | 5/25/2007 |
| 7762 | Raymond Simons (and Wife, Joanne Simons) | 05CV1685 | 5/25/2007 |
| 6824 | Jeffrey J. Smith | 05CV1705 | 5/25/2007 |
| 11697 | William Spilman (and Wife, Ernestine Spilman) | 06cv14136 | 5/25/2007 |
| 8387 | Zachary Stamatakis (and Wife, Bernice Stamatakis) | 06cv11589 | 5/25/2007 |
| 6549 | Andrew Steckler | 07CV05428 | 5/25/2007 |
| 11861 | Edward Szubski | 07CV05429 | 5/25/2007 |
| 15405 | Guy Tedaldi (and Wife, Maureen Tedaldi) | 07CV05430 | 5/25/2007 |
| 15247 | Rocco S Testa (and Wife, Carol Testa) | 07CV05431 | 5/25/2007 |
| 3171 | Thomas Vario | 05CV1347 | 5/25/2007 |
| 2493 | Jose Velasquez | 07CV05432 | 5/25/2007 |
| 7098 | Peter Volpe (and Wife, Adrianna Volpe) | 05CV1679 | 5/25/2007 |
| 14650 | David Wakeen (and Wife, Victoria Wakeen) | 07CV05433 | 5/25/2007 |
| 13485 | David Wildner (and Wife, Anna Wildner) | 06cv15136 | 5/31/2007 |

Group:       Out       In: 



# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 11395 | Richard A Wright | 07CV05434 | 5/25/2007 |
| 13732 | Dennis Yarczower (and Wife, Sandy Yarczower) | 06cv15149 | 5/25/2007 |
| 13263 | Guy Zammitt (and Wife, deanna Zammitt) | 06cv15155 | 5/25/2007 |
| 3557 | Jennifer Ziegelmeir, as Personal Representative of William Ziegelmeie | 05cv4217 | 5/25/2007 |
| 124 | | | |

Group:    Out    In: